**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| JOE BRAZIL, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | )     **Case No.  4:26-cv-00484** |
| TREMCO CPG, INC., | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that Defendant Tremco CPG, Inc., served its

*Responses and Objections to Plaintiff's Second Request for Production of Documents Directed to*

*Defendant* via electronic mail on July 2, 2026, to the following counsel of record for Plaintiff:

Michael K. Daming,
Evelyn I. Sims,
Lauren E. Kinder,
Wasinger Daming, LC.
CIBC Place, Suite 875
1401 South Brentwood Boulevard
St. Louis, Missouri 63144
mdaming@wasingerdaming.com
esims@wasingerdaming.com

                          Respectfully submitted,

                          */s/ Harper E. Palmer*
                          Harper E. Palmer, MO Bar # 75705
                          Samantha J. Monsees, MO Bar # 65545
                          FISHER & PHILLIPS, LLP
                          4622 Pennsylvania Avenue, Suite 910
                          Kansas City, Missouri 64105
                          Telephone: (816) 842-8770
                          Facsimile: (816) 842-8767
                          Email: hpalmer@fisherphillips.com
                                        smonsees@fisherphilips.com

                          ATTORNEY FOR DEFENDANT
                          TREMCO CPG, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July 2026, the above and foregoing document was emailed to the following counsel of record for Plaintiff.

Michael K. Daming,
Evelyn I. Sims,
Lauren E. Kinder,
Wasinger Daming, LC.
CIBC Place, Suite 875
1401 South Brentwood Boulevard
St. Louis, Missouri 63144
mdaming@wasingerdaming.com
esims@wasingerdaming.com
(314) 961-0400
(314) 961-2726 FAX

**ATTORNEYS FOR PLAINTIFF**

/s/ *Harper E. Palmer*
*Attorney for Defendant*

2