UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Joe Brazil

_____
Plaintiff(s),

vs.

Tremco CPG, Inc.,

_____
Defendant(s).

)
)
)
)
)
)
)
)
)
)

Case No.  4:26-cv-00484 _____

**DESIGNATION OF NEUTRAL BY PARTIES**
**AND**
**ADR CONFERENCE REPORT**

Pursuant to the Court's <u>Order Referring Case</u> to ADR for **mediation/early neutral**

**evaluation,** dated _____ 6/30/26 the parties hereby designate by agreement the following individual

from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

| | |
|---|---|
| Name of Neutral: | Bradley Winters |
| Firm Name and Address: | JAMS<br>190 Carondelet Plaza, Suite 1450<br>Clayton, MO 63105 |
| Telephone & FAX Number: | (314) 334- 5267 |

**The attorneys of record in this case are:**

| | |
|---|---|
| Name of Lead Counsel: | Michael K. Daming |
| Firm Name and Address: | Wasinger Daming, LC<br>1401 S. Brentwood Blvd. Ste 875<br>St. Louis, MO 63144 |
| Telephone & FAX Number: | (314) 961-0400 & (314) 961-2726 |
| Name of Other Counsel: | Samantha Monsees |

I

Firm Name and Address:

FISHER & PHILLIPS, LLP
4622 Pennsylvania Avenue, Suite 910
Kansas City, Missouri 64105

Telephone & FAX Number:

(816) 842-8770 & (816) 842-8767

**The completion deadline for this ADR referral is** September 1, 2026

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference:    September 22,                                                    20 26

Time of Conference:    9:30 a.m.                                                         a/p.m.

Location of Conference (Check One):

☐  Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒  Other Location:    JAMS
190 Carondelet Plaza, Suite 1450
Clayton, MO 63105

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

_____
Date

_____
Signature of Plaintiff(s)

_____
Signature of Defendant(s)